**CT Corporation**

1201 Peachtree Street NE
Atlanta, GA 30361

404 965 3840 tel
www.ctlegalsolutions.com

Filed
~~Received in~~ U.S. Bankruptcy Court
Atlanta, Georgia

**AUG 2 3 2010**

M. Regina Thomas, Clerk

By:_____
Deputy Clerk

July 22, 2010

A. Keith Logue
3423 Weymouth Court
Marietta, GA 30062

Re:  Jon Mark Dodson and Elizabeth Anne Dinsmore, Debtors // To: Cingular/AT&T

Case No. 10-80268 — c*l*m

Dear Mr. Logue:

We are herewith returning the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, and Explanation Sheet which we received regarding the above captioned matter.

Cingular/AT&T is not listed on our records or on the records of the State of Georgia.

Very truly yours,

Lynn MacDonald
Sr. Process Specialist

Log# 516987897

FedEx Tracking# 790720532144

cc:  U.S. Bankruptcy Court
    Att:  Clerk's Office
    75 Spring Street, SW
    Room 1340
    Atlanta, GA  30303

