IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JON MARK DINSMORE | CASE NO. 10-80268-CRM |
| ELIZABETH ANNE DINSMORE | |
| | JUDGE MULLINS |
| **Debtor** | |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

Please take notice of the changes of addresses of the creditors as indicated below:

>AT&T
>PO Box 772349
>Ocala, FL 34477-2349

This 8th day of September, 2010.

>**/s/ A. Keith Logue**
>**A. Keith Logue**
>**Attorney for the Debtors**
>**Georgia Bar Number 456250**
>**3423 Weymouth Court**
>**Marietta, Georgia 30062**
>**(770) 321-5750**

CERTIFICATE OF SERVICE

    I, A. Keith Logue, 3423 Weymouth Court, Marietta, Georgia 30062, certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age; that on April 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the Notice of Creditor Change of Address: Trustee and Office of the U.S. Trustee.

Executed on:  September 8, 2010      By:     /s/ A. Keith Logue
                                                                                     A. Keith Logue
                                                                                     SBN 456250

3423 Weymouth Court
Marietta, Georgia 30062
(770) 321-5750